AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEWIS A. WILKINS

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV205-168

THE KROGER COMPANY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated June 2, 2006, granting Defendant's motion for summary judgment; judgment is hereby entered granting The Kroger Co.'s motion for summary judgment and this case stands dismissed

| June 2, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03